ACCEPTED
12-14-00340-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/18/2015 4:38:51 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/18/2015 4:38:51 PM

CATHY S. LUSK
Clerk

18 FEBRUARY 2014

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Danzel Warren v. State**
   **12-14-00340-CR**
   **12-14-00341-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to Mr. WarrenSalazar regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.


Sincerely,


/s/Austin Reeve Jackson

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _L. Bentley_  ☑ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery  2/10/15

1. Article Addressed to:

Danzel Warren
Inmate 01961958
Gurney Unit
1385 FM 3328
Palestine, TX 75803

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

FEB 10 2015

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number
*(Transfer from service label)*  7013 1710 0001 1850 7460

PS Form **3811**, July 2013  Domestic Return Receipt

5 FEBRUARY 2014

Mr. Danzel Rashad Warren
Inmate 01961958
Gurney Unit
1385 FM 3328
Palestine, TX 75803

By Certified Mail

**Re:  Appeal**

Mr. Warren

Please find enclosed a copy of the opinion issued by the Twelfth Court of Appeals in your case. Because you entered a plea agreement and waived your right to appeal, the Court has dismissed your appeal in both cases.

You do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals should you desire to do so.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

As always, should you have any questions I will be happy to assist in any way that I can.


Sincerely,


Austin Reeve Jackson